# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 9, 2021

Lyle W. Cayce
Clerk

No. 19-40282
Summary Calendar

Brandon Richardson,

*Plaintiff—Appellant*,

*versus*

Brandon Belote; William Stephens; Eileen Kennedy;
Gary Currie; Carole Monroe; Thaddeus Hunt; Saqued
Salinas; Juan Trevino; Alberto Valdez; Dovie Bunch;
Lannette Linthicum; Refugia Campos; Sonia Moron;
Texas Department of Criminal Justice,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:14-CV-464

Before Wiener, Southwick, and Duncan, *Circuit Judges*.

Per Curiam:*

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 19-40282

Brandon Richardson, Texas prisoner # 740705, has appealed the judgment dismissing his civil rights complaint following a jury trial. Richardson challenges the sufficiency of the evidence supporting the jury's rejection of his claims that the defendants acted with deliberate indifference to his serious medical condition and used excessive force against him during a use-of-force incident. He also challenges the district court's evidentiary rulings, and he asserts that his counsel rendered ineffective assistance.

As the appellant, Richardson is responsible for supporting his appellate issues with pertinent transcripts of proceedings in the district court, and he has failed to do so. FED. R. APP. P. 10(b)(1)(A), (2); *Richardson v. Henry*, 902 F.2d 414, 415-16 (5th Cir. 1990). Richardson's unsupported appellate issues are subject to dismissal. *See Richardson*, 902 F.2d at 416. The asserted errors by counsel do not present an appealable issue in this civil case. *See Sanchez v. U.S. Postal Serv.*, 785 F.2d 1236, 1237 (5th Cir. 1986).

The appeal is DISMISSED.